**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   16-10223 |
| Plaintiff-Appellee, | D.C. No. 4:15-cr-02045-RM |
| v. | |
| JAIME MORENO-CHICUELLAR, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Rosemary Marquez, District Judge, Presiding

Submitted January 18, 2017**

Before:   TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

Jaime Moreno-Chicuellar appeals from the district court's judgment and

challenges his guilty-plea conviction and 18-month concurrent sentences for six

counts of transportation of illegal aliens for profit, in violation of 8 U.S.C.

§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i).  Pursuant to *Anders v. California*, 386 U.S.

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

738 (1967), Moreno-Chicuellar's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Moreno-Chicuellar the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**